**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

RE:   **JEROME HINSON and ,**          **CHAPTER 13**
      **LINDA J. HINSON a/k/a**          **CASE NO.  08-32493-DHW-13**
      **LINDA J. THICKLIN**

      **DEBTORS.**

---

## ORDER CONDITIONALLY DENYING
## MOTION FOR RELIEF FROM STAY

        This matter coming on to be heard on the Motion of CITIFINANCIAL CORPORATION, LLC, for Relief from Stay and the Court being informed that the Debtors, the Debtors' attorney, the Trustee, and the Movant or attorney for the Movant have reached an agreement, it is therefore, ORDERED as follows:

        1.      The post-petition arrearage of $4,431.70 owed the Movant through June 2009, which consists of $3,731.70 in post-petition arrearage and $700.00 in attorney fees and costs, shall be added to the Plan by amendment and shall be paid by the Trustee upon the filing of a proper claim.

        2.      The Debtor shall make all future payments direct to the Movant, beginning with the payment due July 2009, and shall make all future payments in accordance with the terms of the Note and Mortgage.

        3.      Debtor's plan payments shall increase to $103.00 per week.  CitiFinancial Corporation, LLC shall receive a fixed payment of $89.00 per month.

        4.      In the event Movant does not receive any future payment in accordance with the terms of the Note and Mortgage, the Movant shall give the Debtor and Debtors' attorney a 20 day notice, and an opportunity to cure the arrearage and bring the account current within said 20 days, or the stay will be automatically lifted and Movant will proceed to foreclose its mortgage secured by the property located at 185 Granthill Drive, Hayneville, Alabama 36040.  Movant shall send said notice and Debtor may cure said default on two (2) separate occasions only. Upon the third default of the Debtors to timely remit the regular payments referenced above, then the automatic stay shall be terminated and Movant is authorized to immediately foreclose its mortgage without further Order of this Court.  In the event the stay lifts, Movant may proceed to foreclose its mortgage secured by the property as described therein (more particularly described below).

        A parcel of land in the NW-1/4 of Section 29. T14N, R14E, st. Stephens Meridian, Lowndes County, Alabama, more particularly described as follows: Beginning at the NE corner of the NW-1/4 of the SE-1/4 of Section 29, thence South 318.0 feet to an iron pin, thence South 85 degrees 22 minutes West 300 feet to an iron pin. Thence north 142.7 feet to an iron pin, this point begin know hereafter as the point of beginning.  Beginning at the point of beginning, thence North 147.6 feet to an iron pin, thence North 85 degrees 11 minutes East 148.2 feet to an iron pin, thence South 147.6 feet to an iron pin, thence

South 85 degrees 11 minutes West 148.2 feet to point beginning.  Containing 0.5 acre, more or less.

Also, the following easement for ingress and egress.  Beginning at the above point of beginning, thence North 85 degrees 11 minutes East 20.1 feet, thence South 142.7 feet to the point of beginning.

5.      Movant may also contact the Debtors in an effort to negotiate forbearance terms or work out a solution to allow the Debtors herein to avoid foreclosure. However, nothing in this Order shall be construed to re-impose the automatic stay in this case once the same has been lifted by operation of law or the terms of this Order. All communications including, but not limited to, notices required by state law sent by Creditors in connection with proceeding against the property may be sent directly to the Debtors.

Done this 13th day of July, 2009.

/s/  Dwight H. Williams, Jr.
U. S. Bankruptcy Judge

This Order prepared by: Steven J. Shaw